UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE WILLIAM PENN LIFE INSURANCE
COMPANY OF NEW YORK,

          Plaintiff,

  -against-

KIMBAL VISCUSO, CHARLES M. BIRNS
and BETH S. MARTIN-BIRNS,

          Defendants.

------------------------------------------------------------X

**08 CIV. 1141**

**RULE 7.1 STATEMENT**

(28 U.S.C. § 1335(a))

CIVIL ACTION NO.

JUDGE CONNER

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, The William Penn Life Insurance Company of New York (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    Legal & General Group Plc

    Banner Life Insurance Company

Dated: White Plains, New York
       February 4, 2008

                              BLEAKLEY PLATT & SCHMIDT, LLP

                              BY: _____
                                  ROBERT D. MEADE (RM8324)
                              *Attorneys for Plaintiff*
                              ONE NORTH LEXINGTON AVENUE
                              P.O. BOX 5056
                              WHITE PLAINS, NY 10602-5056
                              (914) 949-2700