

| | | |
|---|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
| SERVICE OF: | **SUMMONS AND COMPLAINT** | |
| EFFECTED (1) BY ME: | **PETER CERRUTO** | |
| TITLE: | **PROCESS SERVER** | DATE: 03/20/2008  06:13PM |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[X] Served personally upon the defendant:

KIMBAL VISCUSO

Place where served:

300 SPRING ST.  RED BANK NJ 07701

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

KIMBAL VISCUSO

Relationship to defendant: SELF

Description of person accepting service:

SEX: F___ AGE: 51-65___ HEIGHT: 5'4"-5'8"___ WEIGHT: 131-160 LBS.___ SKIN: WHITE___ HAIR: BROWN___ OTHER: GLASSES___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____    SERVICES $ _____ . _____    TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 3/20/20 08

SIGNATURE OF PETER CERRUTO
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

3.20.08

ROBYN NETTLES
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires June 8, 2011

ATTORNEY:   ROBERT D. MEADE, ESQ
PLAINTIFF:  THE WILLIAM PENN LIFE INSURANCE CO. OF NY
DEFENDANT:  KIMBAL VISCUSO, ET AL
VENUE:      DISTRICT OF SOUTHERN NY
DOCKET:     08 CV 1141

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

HW