COURT OF THE STATE/CITY OF NEW YORK

COUNTY OF: DISTRICT OF SOUTHERN NY  ATTORNEY: ROBERT D. MEADE, ESQ

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
2 0 0 8 0 3 1 9 1 6 5 5 0 9

| THE WILLIAM PENN LIFE INSURANCE CO. OF NY<br>- against -<br>KIMBAL VISCUSO, ET AL | Petitioner(s)<br>Plaintiff(s)<br>Respondent(s)<br>Defendant(s) | AFFIDAVIT<br>OF SERVICE<br><br>INDEX#<br>08 CV 1141 |
|---|---|---|

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

PAUL SALAZAR _____, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in _____.
That on date/time: 3/19/08  9:20 PM at 17 HADDEN ROAD  SCARSDALE NY  10583
deponent served the within: SUMMONS AND COMPLAINT
    [ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: CHARLES M BIRNS _____
          [ ] Defendant  [ ] Respondent  [ ] Witness (hereinafter called the recipient) therein named.

INDIVIDUAL
A  [ ]
By personally delivering to and leaving with said CHARLES M BIRNS
and that he knew the person so served to be the person mention and described in said SUMMONS AND COMPLAINT

CORPORATION
B  [ ]
By delivering to and leaving with Michael Birns → FATHER
at 17 HADDEN RD
and that he knew the person so served to be the FATHER BIRNS of the corporation.

SUITABLE
AGE PERSON
C  [ ]
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with BIRNS Michael
a person of suitable age and discretion at 17 HADDEN RD
the said premises being the recipient's [ ] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York.

AFFIXING TO
DOOR, ETC.
D  [ ]
By affixing a true copy thereof to the door of said premises, the same being the recipient's
[ ] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve
the above named recipient on/at:       1. _____   2. _____   3. _____
Deponent spoke with _____ who stated to deponent that the said recipient(s)
lived at the aforementioned address, but did not know recipient's place of employment

MAILING TO
RESIDENCE
E1  [ ]
Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
to recipient's last known residence at 3/24/08 mail √
and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service
within New York State on _____.

MAILING TO
BUSINESS
E2  [ ]
Use with C or D
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient
to recipient's actual place of business at _____
in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the
legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication
was from an attorney or concerned an action against the recipient and mailed on _____.

F  [X]
DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

VOID WITHOUT
DESCRIPTION
Use with A,B,C,D

| [✓] Male | [✓] White Skin | [ ] Black Hair | [ ] White Hair | [ ] 14 - 20 Yrs. | [ ] Under 5' | [ ] Under 100 Lbs. |
|---|---|---|---|---|---|---|
| [ ] Female | [ ] Black Skin | [✓] Brown Hair | [✓] Balding | [ ] 21 - 35 Yrs. | [ ] 5'0" - 5'3" | [✓] 100 - 130 Lbs. |
|  | [ ] Yellow Skin | [ ] Blonde Hair | [ ] Moustache | [ ] 36 - 50 Yrs. | [✓] 5'4" - 5'8" | [✓] 131 - 160 Lbs. |
|  | [ ] Brown Skin | [ ] Gray Hair | [ ] Beard | [✓] 51 - 65 Yrs. | [ ] 5'9" - 6'0" | [ ] 161 - 200 Lbs. |
|  | [ ] Red Skin | [ ] Red Hair | [✓] Glasses | [ ] Over 65 Yrs. | [ ] Over 6' | [ ] Over 200 Lbs. |

Other identifying features: Glasses

WITNESS FEE
G  [ ]
Witness fee of $0  the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient  [ ] was mailed to the witness with subpoena copy.

MILITARY
SERVICE
[X]
I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any
capacity whatsoever and received a negative reply. Defendant wore civilian clothes and no military uniform. The source of my
information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this

March day of 19, 2008

Notary Signature: _____

Name of Notary   ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
Commission Expiration
My Commission Expires Oct. 2, 2011

I, _____  PAUL SALAZAR,
was at the time of service a competent adult
not having a direct interest in the litigation.
I declare under penalty of perjury that the
foregoing is true and correct.

Signature of Process Server     Date    3/19/08

R R