COURT OF THE STATE/CITY OF NEW YORK
COUNTY OF: DISTRICT OF SOUTHERN NY   ATTORNEY: ROBERT D. MEADE, ESQ



| | |
|---|---|
| THE WILLIAM PENN LIFE INSURANCE CO. OF NY<br>- against -<br>KIMBAL VISCUSO, ET AL | Petitioner(s)<br>Plaintiff(s)<br>Respondent(s)<br>Defendant(s) |

**AFFIDAVIT OF SERVICE**

INDEX# 08 CV 1141

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

PAUL SALAZAR, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in _____.
That on date/time: 3/19/08 @ 9:20, at 17 HADDEN RD SCARSDALE NY 10583
deponent served the within: SUMMONS AND COMPLAINT
[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: BETH S MARTIN-BIRNS
[ ] Defendant [ ] Respondent [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL A [ ]** By personally delivering to and leaving with said BETH S MARTIN-BIRNS and that he knew the person so served to be the person mention and described in said SUMMONS AND COMPLAINT

**CORPORATION B [ ]** By delivering to and leaving with Michael Birns at 17 Hadden Rd and that he knew the person so served to be the father of the corporation.

**SUITABLE AGE PERSON C [X]** Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person: By delivering a true copy thereof to and leaving with Michael Birns a person of suitable age and discretion at 17 Hadden the said premises being the recipient's [X] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York.

**AFFIXING TO DOOR, ETC. D [ ]** By affixing a true copy thereof to the door of said premises, the same being the recipient's
[ ] Dwelling/Usual place of abode [ ] Actual place of business within the State of New York. Deponent had previously attempted to serve the above named recipient on/at: 1. ___ 2. ___ 3. ___
Deponent spoke with _____ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO RESIDENCE E1 [ ] Use with C or D** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's last known residence at 3/24/08 mailed and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within New York State on _____.

**MAILING TO BUSINESS E2 [ ] Use with C or D** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at _____ in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on _____.

**F [X]** DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS. DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT DESCRIPTION Use with A,B,C,D**
[X] Male  [X] White Skin  [ ] Black Hair  [ ] White Hair  [ ] 14-20 Yrs.  [ ] Under 5'  [ ] Under 100 Lbs.
[ ] Female  [ ] Black Skin  [X] Brown Hair  [ ] Balding  [ ] 21-35 Yrs.  [ ] 5'0"-5'3"  [ ] 100-130 Lbs.
  [ ] Yellow Skin  [ ] Blonde Hair  [ ] Moustache  [X] 36-50 Yrs.  [ ] 5'4"-5'8"  [X] 131-160 Lbs.
  [ ] Brown Skin  [ ] Gray Hair  [ ] Beard  [X] 51-65 Yrs.  [ ] 5'9"-6'0"  [ ] 161-200 Lbs.
  [ ] Red Skin  [ ] Red Hair  [X] Glasses  [ ] Over 65 Yrs.  [ ] Over 6'  [ ] Over 200 Lbs.
Other identifying features: _____

**WITNESS FEE G [ ]** Witness fee of $0 the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient  [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE [X]** I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatsoever and received a negative reply. Defendant wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this 19 day of March, 2008

Notary Signature: _____
Name of Notary: ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 2, 2011

I, PAUL SALAZAR, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server   Date 3/19/08

R R