## AFFIDAVIT OF SERVICE

STATE OF NEW YORK } SS.:
COUNTY OF NEW YORK }

Ellie Brinson being duly sworn deposes and says that deponent is not a party to the

action, is over 18 years of age and resides in Hudson County, New Jersey; that on

April 7, 2008 deponent, on behalf of defendants CHARLES M. BIRNS and BETH S.

MARTIN-BIRNS, served one copy of the within: **ANSWER TO PLAINTIFF'S**

**COMPLAINT FOR INTERPLEADER**, upon:

Bleakley Platt & Schmidt, LLP
Attorneys for Plaintiff
THE WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK
One North Lexington Avenue
P.O. Box 5056
White Plains, New York  10602-5056

KIMBAL VISCUSO
Defendant
300 Spring Street
Red Bank, New Jersey  07701

(courtesy copy to:)  Connell Foley LLP
                     85 Livingston Avenue
                     Roseland, New Jersey  07068-3702

at the addresses designated for that purpose depositing true copies of same enclosed

in postpaid properly addressed wrappers in an official depository under the exclusive

care of the United States Post Office in the State of New York.

_____
                          Ellie Brinson

Sworn to before me this April 7, 2008

_Wanda Croskey_
Notary Public

WANDA CROSKEY
Notary Public, State of New York
No. 01CR6047125
Qualified in Bronx County
Commission Expires August 28, 20_10_