ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE WILLIAM PENN LIFE INSURANCE
COMPANY OF NEW YORK,

    Plaintiff,

-against-

KIMBAL VISCUSO, CHARLES M. BIRNS
and BETH S. MARTIN-BIRNS

    Defendants.

Civil Action No. 08 Civ. 1141 (WCC)

(ECF CASE)

### STIPULATION AND ORDER EXTENDING INTERPLEADER-DEFENDANT KINBAL VISCUSO'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND

It is hereby stipulated and agreed by and between the attorneys for plaintiff The William Penn Life Insurance Company Of New York and the attorneys for interpleader-defendant Kimbal Viscuso, and attorneys for interpeleader-defendants Charles M. Birns and Beth S. Martin-Birns that the time within which defendant Kinbal Viscuso may answer, move or respond to the Complaint is hereby extended to and including Monday, April 14, 2008.

CONNELL FOLEY LLP
888 7th Avenue, Suite 3401
New York, NY 10106
Attorneys for Interpleader-
Defendant Kimbal Viscuso

By: _____
    M. Trevor Lyons

Dated: April 8, 2008

BLEAKLEY PLATT & SCHMIDT LLP
One North Lexington Avenue
White Plains, NY 10602-5056
Attorneys for The William Penn Life
Insurance Company Of New York

By: _____
    Robert D. Meade

Dated: April 8, 2008

1935795-01

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD for Δ Viscuso AND E-MAILED TO ALL OTHER COUNSEL

SARETSKY KATZ DRANOFF & GLASS, LLP
475 Park Avenue South, 26th Floor
New York, NY 10016
Attorneys for Interpleader-
Defendants Charles M. Birns and
Beth S. Martin-Birns

By: _____

Dated: April 8, 2008

SO ORDERED:

_____
Honorable William C. Connor, U.S.D.J.

Dated: April 9, 2008