UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE WILLIAM PENN LIFE INSURANCE
COMPANY OF NEW YORK,

              Plaintiff,

  -against-

KIMBAL VISCUSO, CHARLES M. BIRNS
and BETH S. MARTIN-BIRNS,

             Defendants.
-------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

CIVIL ACTION NO.:
08 Civ. 1141 (WCC)

**ECF CASE**

STATE OF NEW YORK    )
                              ) SS:
COUNTY OF WESTCHESTER  )

    **STEPHANIE MONDELLO**, a being duly sworn deposes and says:

    I am not a party to this action, and am over the age of 18 years and reside in Mahopac, New York.

    On April 23, 2008, I served a true copy of the annexed **NOTICE OF MOTION, AFFIDAVIT OF VICTOR FONSECA, AFFIDAVIT OF ROBERT D. MEADE WITH EXHIBITS, AND MEMORANDUM OF LAW,** in the following manner:

    by mailing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to each of the following persons at the last known address set forth after each name:

    M. Trevor Lyons, Esq.
    Connell Foley LLP
    85 Livingston Avenue
    Roseland, NJ 07068-3702
    *Attorneys for Defendant Kimbal Viscuso*

                                                                      _____
                                                                      STEPHANIE MONDELLO

Sworn to before me this 23rd of April, 2008

_____
NOTARY PUBLIC

    SUSAN LAU
  Notary Public, State of New York
     No. 01LA6067358
  Qualified in Westchester County
  Commission Expires Dec. 10, 2009